AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AIG LIFE INSURANCE COMPANY

v.

THERESA A. PEDERSEN, and TINA GEORGES, Personal Representative of the Estate of Thomas D. Harrell.

**APPEARANCE**

Case Number: 07-3240

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AIG LIFE INSURANCE COMPANY

FILED
SEP - 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 09/04/07 | *(signature)* |
| Date | Signature |
| | Daniel J. McMahon — 6201590 |
| | Print Name / Bar Number |
| | 120 N. LaSalle St., Suite 2600 |
| | Address |
| | Chicago, IL 60602 |
| | City / State / Zip Code |
| | (312) 704-0550 / (312) 704-1522 |
| | Phone Number / Fax Number |