AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__CENTRAL__   DISTRICT OF   __ILLINOIS__

AIG LIFE INSURANCE COMPANY

v.

THERESA A. PEDERSEN, and TINA GEORGES,
Personal Representative of the Estate of Thomas
D. Harrell.

**APPEARANCE**

Case Number: 07-3240

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AIG LIFE INSURANCE COMPANY

FILED
SEP - 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I certify that I am admitted to practice in this court.

| 09/04/07 | /s/ Rebecca M. Rothmann |
|---|---|
| Date | Signature |

| Rebecca M. Rothmann | 6236791 |
|---|---|
| Print Name | Bar Number |

120 N. LaSalle St., Suite 2600
Address

| Chicago | IL | 60602 |
|---|---|---|
| City | State | Zip Code |

| (312) 704-0550 | (312) 704-1522 |
|---|---|
| Phone Number | Fax Number |