# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

AIG LIFE INSURANCE COMPANY,

      Plaintiff,

v.

THERESA A. PEDERSEN AND TINA GEORGES, Personal Representative of the Estate of Thomas D. Harrell,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3240

To: Paul F. Sandquist
c/o Theresa A. Pedersen
P.O. Box 5724
River Forest, IL 60305-5724

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Daniel J. McMahon
Rebecca Rothmann
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 North LaSalle St., 26th Floor
Chicago, Illinois 60602-2412

an answer to the complaint which is herewith served upon you, within **thirty (30)** days after service of this summons upon you. Exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters                  9-5-07

s/ M. Eddings                  9-5-07

**BY DEPUTY CLERK**

427163.1

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | Date |
| Name of Server (Print) | Title |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place Where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

**I declare under perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.**
**Executed on** _____    _____
               *Date*                                              *Signature of Server*

_____
*Address of Server*

427163.1