E-FILED
Tuesday, 23 October, 2007  03:05:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-3240 ) ) |
| THERESA A. PEDERSEN AND TINA GEORGES, Personal Representative of the Estate of Thomas D. Harrell, | ) ) ) ) |
| Defendants. | ) ) |

### AIG's MOTION TO DISMISS THERESA A. PEDERSEN'S COUNTERCLAIM

Now comes Plaintiff, AIG LIFE INSURANCE COMPANY ("AIG"), by its attorneys, and moves for dismissal of Defendant Theresa A. Pedersen's ("Pederson") Counterclaim against it, pursuant to Federal Rule of Civil Procedure 12(b)(6) and in support thereof, AIG relies on its memorandum of law.

Respectfully submitted,

AIG LIFE INSURANCE COMPANY

By:  /s/ Rebecca M. Rothmann
     Rebecca M. Rothmann

Daniel J. McMahon
Rebecca M. Rothmann
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602
Tel: (312) 704-0550
Fax: (312) 704-1522
Rebecca.Rothmann@wilsonelser.com

440848.1