E-FILED
Friday, 09 November, 2007 02:58:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff and Counter-Defendant, ) | |
| ) | |
| v.  ) | Case No. 07-3240 |
| ) | |
| THERESA A. PEDERSEN, Defendant, ) | |
| Counter-Claimant, and Cross-Claimant, and ) | |
| TINA GEORGES, Personal Representative of the ) | |
| Estate of THOMAS D. HARRELL, Defendant and ) | |
| Cross-Defendant. ) | |

**OBJECTION TO AIG'S MOTION TO DISMISS
COUNTERCLAIM OF DEFENDANT THERESA A. PEDERSEN**

NOW COMES THERESA A. PEDERSEN ("PEDERSEN"), by and through her attorneys, SCOTT & SCOTT, P.C., and, pursuant to Local Rule 7.1(b)(2), for her Objection to AIG LIFE INSURANCE COMPANY's Motion to Dismiss states as follows:

1. This is an interpleader action filed by Plaintiff AIG LIFE INSURANCE COMPANY ("AIG") to seek resolution of an alleged dispute over the proceeds of Life Insurance Policy Number 051360529 (the "Contract") which was issued on or about May 18, 1986 and which insured Thomas D. Harrell ("Harrell"), deceased.

2. Defendant PEDERSEN was specifically named as beneficiary under the Contract by Harrell upon its issuance.

3. On December 19, 1989, the Circuit Court of Montgomery County, Illinois entered a Judgment of Dissolution of Marriage between Harrell and PEDERSEN.

4. AIG never received nor has any record of any change in beneficiary form submitted by Harrell subsequent to the issuance of the Contract.

1

5. Defendant TINA GEORGES ("GEORGES"), Harrell's wife at the time of his passing in September 2006 and Personal Representative of the Estate of Harrell, alleges that Harrell completed a change in beneficiary form subsequent to the divorce between Harrell and PEDERSEN but does not allege the same was ever signed by Harrell or forwarded by Harrell to AIG.

6. In federal court, pleadings serve the function of giving notice to the opposing parties of the claim and the grounds upon which it rests. Accordingly, Rule 8(a) of the Federal Rules of Civil Procedure requires pleadings which set forth a claim for relief generally contain only a short and plain statement of the grounds for the court's jurisdiction unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for relief.

7. In her Counterclaim against AIG, PEDERSEN states facts which sufficiently support a cause of action for breach of contract under Illinois common law upon which relief can be granted.

8. PEDERSEN is a third party beneficiary of the Contract and has the legal ability to enforce the Contract.

WHEREFORE, THERESA A. PEDERSEN prays the Honorable Court deny AIG's Motion to Dismiss Counterclaim of Defendant THERESA A. PEDERSEN, and for such other, further, and different relief as the Court deems just.

        Respectfully submitted,

        THERESA A. PEDERSEN, Counter-Claimant,

        By: SCOTT & SCOTT, P.C., her attorneys


        By:   /s/ Jason T.H. Germeraad
                One of Its Attorneys

PREPARED BY:
R. Stephen Scott (02533391)
Jason T.H. Germeraad (6286232)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street, Suite 200
Springfield, Illinois  62701
Telephone: (217) 753-8200

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF SANGAMON | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of the above and foregoing instrument was served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. Bankruptcy Court to:

| | |
|---|---|
| Daniel J. McMahon | daniel.mcmahon@wilsonelser.com |
| Rebecca M. Rothmann | rebecca.rothmann@wilsonelser.com |
| Denise M. Druhot | ddruhot@bhslaw.com, enichols@bhslaw.com |

The undersigned hereby further certifies that an exact copy of the above and foregoing instrument was served upon the parties of record by depositing the same in the U.S. Mail, Springfield, Illinois, in an envelope securely sealed, postage fully prepaid and legibly addressed to:

Shawn L. Olins
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street, 26th Floor
Chicago, Illinois  60602

on this 9th day of November, A.D., 2007.

/s/ Brenda Ann Brooker

Subscribed and sworn to before me this 9th day of November, A.D., 2007.

/s/ Susan Greenwalt
NOTARY PUBLIC