## SCOTT & SCOTT
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
611 EAST MONROE STREET • SUITE 200
SPRINGFIELD, ILLINOIS 62701
www.scottandscottlaw.com

R. STEPHEN SCOTT
GREGORY A. SCOTT
JAMES R. ENLOW

RANDY S. PASWATER
JASON T.H. GERMERAAD

ROBERT F. SCOTT
1915-2006

TELEPHONE
(217) 753-8200
FACSIMILE
(217) 753-8206

December 20, 2007

*via Hand Delivery*

Honorable Richard Mills
United States District Judge
United States District Court
for the Central District of Illinois
Springfield Division
600 East Monroe Street
Springfield, Illinois  62701

            Re:   AIG v. Pedersen, et al.
                   Case No. 07-3240

Dear Judge Mills:

We represent one of the Defendants, Theresa A. Pedersen, in the captioned case, and wish to advise you that the parties in the captioned case have verbally reached settlement among them.  We are now awaiting approval by Plaintiff of the settlement terms set forth in an agreed Motion for Entry of a Decree of Interpleader to resolve the issues in the case.  We expect the Motion will be forthcoming soon, although I do not have a specific date to advise the Court.  To my understanding, the settlement arranged between the parties will resolve the issues remaining following the Court's Order of December 17, 2007, which we appreciate.

Please excuse our delay in not directly reporting the verbal settlement sooner to the Court, but at this time we have no Motion to file, and some of the settlement terms may need further revision.

If you have any questions concerning the above, do not hesitate to contact me.

            Very truly yours,

            SCOTT & SCOTT, P.C.

            R. Stephen Scott

RSS:bb
cc:  Denise M. Druhot, Esq. (via E-Mail Transmission)
     Daniel J. McMahon, Esq. (via E-Mail Transmission)
     Rebecca M. Rothmann, Esq. (via E-Mail Transmission)
     Katharine Hosty, Esq. (via E-Mail Transmission)